MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MEJONAH POLLARD,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-01788-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 26, 2018 to **June 1, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been on intermittent medical leave due to her chronic migraines, which impair her vision. Counsel has over 75+ pending social security cases, which require two or more dispositive motions a week until late June. Counsel also has two pending Ninth Circuit matters that require additional levels of review and two pending civil

rights matters which require imminent attention and investigation.  Due to current workload demands and unanticipated leave, Counsel became behind on her heavy caseload and needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 13, 2018

*s/ \*Jesse Kaplan*
(*as authorized by email on April 13, 2018)
JESSE KAPLAN
Attorney for Plaintiff

Dated:  April 13, 2018

McGREGOR W. SCOTT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/  Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  April 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE