MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MEJONAH POLLARD,<br><br>Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-01788-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 1, 2018 to **June 29, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been out intermittent medical leave due to her ongoing medical issues. Counsel has over 75+ pending social security cases, which require two or more dispositive motions a week until July. Counsel also has a pending Ninth Circuit matters that require additional levels of review, several pending civil rights matters which

require imminent attention and investigation, and an ongoing legal opinion research issue before the agency, which also requires additional levels of review. Counsel was also out of the office last week for the Memorial Day weekend holiday. Due to current workload demands and leave, Counsel became behind on her heavy caseload and needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 1, 2018                     *s/ \*Jesse Kaplan*
                                        (\*as authorized by email on May 29, 2018)
                                        JESSE KAPLAN
                                        Attorney for Plaintiff


Dated:  June 1, 2018                    McGREGOR W. SCOTT
                                        Acting United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By      /s/  *Tina L. Naicker*
                                        TINA L. NAICKER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED:


Dated:  June 4, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time                                        Case No. 2:17-cv-01788-KJN