MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MEJONAH POLLARD,<br><br>          Plaintiff,<br><br>     vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:17-cv-01788-KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 6, 2018, to **July 20, 2018**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Counsel needs additional time for agency review and to explore potential settlement of the case. Counsel also has over 85+ pending social security cases, which require two or more dispositive motions a week until mid-August. Due to current workload demands and unexpected leave, Counsel became behind on her heavy caseload and needs additional time to adequately review the transcript and properly respond to Plaintiff's

Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 6, 2018		*s/ \*Jesse Kaplan*
				(*as authorized by email on July 6, 2018)
				JESSE KAPLAN
				Attorney for Plaintiff


Dated: July 6, 2018		McGREGOR W. SCOTT
				Acting United States Attorney
				DEBORAH LEE STACHEL
				Regional Chief Counsel, Region IX
				Social Security Administration

			By	/s/ *Tina L. Naicker*
				TINA L. NAICKER
				Special Assistant U.S. Attorney
				Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: July 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE